In the Matter of the Claim of WILLIAM E. MADELUNG, Respondent, against DALE RADIO COMPANY, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued October 9, 1941; decided November 19, 1941.

*John J. Bennett, Jr., Attorney-General (John F. Loehr* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. H., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.